```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 15914
    YOUNG J KIM
    EOK H KIM                                       CHAPTER 13

                                                    JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5186       SSN XXX-XX-5081

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/04/2006 and was confirmed 03/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  55.98% from remaining funds.

     The case was completed - no discharge 11/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED         12234.61          .00         6848.45
EAGLE BANK                 SECURED VEHIC         .00           .00             .00
CITIBANK NA                UNSECURED         11748.09          .00         6576.11
CITIBANK SOUTH DAKOTA      UNSECURED        NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED          8216.52          .00         4599.28
MBNA AMERICA BANK          UNSECURED        NOT FILED          .00             .00
WORLDWIDE ASSET PURCHASI   UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED OTH       61.46           .00           34.39
RESURGENT CAPITAL SERVIC   UNSECURED          7155.77          .00         4005.51
RESURGENT CAPITAL SERVIC   UNSECURED         19405.33          .00        10862.33
PHILIP A IGOE              DEBTOR ATTY       2,274.00                      2,274.00
TOM VAUGHN                 TRUSTEE                                         2,499.93
DEBTOR REFUND              REFUND                                            777.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              38,477.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                 32,926.07
ADMINISTRATIVE                             2,274.00
TRUSTEE COMPENSATION                       2,499.93
DEBTOR REFUND                                777.00
                     --------------      --------------
TOTALS               38,477.00            38,477.00


              PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 15914 YOUNG J KIM & EOK H KIM
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/03/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```